UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20311-CR-WILLIAMS

UNITED STATES OF AMERICA,

v.

ESTEBAN MERLO,
_____/

# JOINT MOTION TO RE-SET PRETRIAL
# DEADLINES AND TRIAL DATE

Defendant Esteban Merlo was arraigned on July 28, 2022, on an indictment charging FCPA and money laundering offenses. On August 2, 2022, the Court entered its Order Setting Pre-Trial Schedule and Procedures. ECF#14. Pursuant to that Order, this case is scheduled for calendar call on September 6, 2022, and for trial during the two-week period commencing on September 12, 2022.

The government provided initial discovery on August 5, 2022, in the form of one Hard Drive and one USB drive containing among other things three cell phones and one iPad with extraction reports totaling over 375,000 pages. A second production was made on August 15, 2022. Undersigned expects that additional discovery is forthcoming from the government in the form of financial, business, and other records. In light of the voluminous discovery in this case, the parties submit that a continuance furthers the ends of justice, as it allows Merlo additional time to review discovery and prepare his defense.

The parties propose that the Court schedule this case for trial in December 2022, if the Court's calendar permits, and extend the deadline to file pretrial motions in accordance with the new trial date.

Undersigned is scheduled for trial before this Court starting on November 7, 2022 in *United States v. Wakil*, No. 21-CR-20406-Williams. However, Mr. Wakil was recently diagnosed with cancer in the larynx / voice box, and he has started daily radiation treatments that will continue through at least until September 2022. Due to the effects of the treatment, Wakil will be requesting that the Court continue his November 2022 trial to a date in 2023. Undersigned is conferring with AUSA Berger and Alexander Kramer, the prosecutors in Mr. Wakil's case, regarding Wakil's trial date.

Katherine Raut has authorized undersigned to state that the government joins in this motion.

Respectfully submitted,

**BLACK SREBNICK**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

/s/ *Howard Srebnick*
**HOWARD SREBNICK, ESQ.**
Florida Bar No. 919063
HSrebnick@RoyBlack.com