UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-20534-CR-MIDDLEBROOKS/MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,
v.

WINSTON DA COSTA,

    Defendant.
_____/

**UNOPPOSED JOINT MOTION TO
CONTINUE TRIAL FOR SIXTY DAYS**

The Defendant, WINSON DA COSTA, by and through undersigned counsel, and joined by defendants Solchys Perez, Nolber Pereira, and Yorlis Lores, pursuant to Rule 12(b)(2) of the Federal Rules of Criminal Procedure, respectfully moves the Court for an order continuing the trial of this case sixty (60) days from its present setting of January 23, 2023. In support of this motion the defendants state:

    1.    The defendants have been charged in an eighteen-count indictment in connection with an alleged conspiracy to commit Health Care and Wire Fraud, Money Laundering and Obstruction of Justice. [DE 1].

    2.    Mr. Da Costa was arraigned on November 28, 2022 [DE 27]. The co-defendants were arraigned between December 6 and December 9, 2022. The trial is currently scheduled for the two-week period commencing January 23, 2023. [DE 10]. The first discovery response was received by Mr. Da Costa on December 16, 2022.

3. The discovery in this case is voluminous and consists of nearly six gigabytes of data and comprises thousands of pages of records including spreadsheets, text messages, financial and medical records as well as recordings. The recordings and text messages are primarily in Spanish.

4. Counsel for Mr. Da Costa has a pre-planned trip out of the district from December 23 2022, through January 7, 2023. The case is currently set for a calendar call on January 10, 2023.

5. Pursuant to 18 USC §3161(h)(7), a continuance of the trial is warranted in order to provide counsel for the defendants reasonable time for adequate preparation. The defendants believe that it is in the interests of justice that the instant motion be granted, in that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8).

6. There have been no prior defense continuances of this matter.

7. This motion is filed in good faith and is not intended to cause unnecessary delay.

8. Undersigned counsel has spoken with Assistant United States Attorney Lindsey Lazopoulos Friedman who has indicated that the Government has no objection to the defendant's motion.

9. Undersigned counsel has conferred with Marc David Seitles, William Barzee, and Luis E. Reynoso, counsel for Solchys Perez, Nolber Pereira, and Yorlis Lores (respectively) who have indicated that they join in this motion.

WHEREFORE, the Defendants respectfully move the Court for an order continuing the trial of this case sixty (60) days.

>Respectfully Submitted,
>
>MICHAEL CARUSO
>FEDERAL PUBLIC DEFENDER
>
>BY: *s/R. D'Arsey Houlihan*
>R. D'Arsey Houlihan
>Supervisory Assistant Federal Public Defender
>Florida Bar No. 100536
>150 W. Flagler Street, Suite 1700
>Miami, Florida 33130-1556
>(305) 530-7000
>(305) 536-4559, Fax
>E-Mail: d'arsey_houlihan@fd.org

### CERTIFICATE OF SERVICE

I HEREBY certify that on **December 21, 2022**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>*s/R. D'Arsey Houlihan*
>R. D'Arsey Houlihan